William J. WEBB, Jr., Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 396, 2016

Supreme Court of Delaware.

Submitted: October 21, 2016

Decided: November 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 91000534DI and 9907017204

AFFIRMED.